THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRITTANY BITAR,<br><br>                    Plaintiff,<br><br>    v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>                    Defendant. | CASE NO. C24-1802-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Cascade Law PLLC and Josef Reibel's LCR 83.2(b)(1) motion to withdraw as Plaintiff's counsel in this matter (Dkt. No. 13). Based on the accompanying affidavit (Dkt. No. 13-2), the Court FINDS good cause to allow Mr. Reibel to withdraw. The Clerk is therefore DIRECTED to terminate Mr. Reibel as counsel of record for Plaintiff in this matter. In light of this withdrawal, the Court defers issuing a scheduling order for sixty days, to allow Plaintiff an opportunity to procure replacement counsel, before the Court establishes a case management schedule.

//

//

//

MINUTE ORDER, C24-1802-JCC
PAGE - 1

DATED this 7th day of March 2025.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk
