The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRITTANY BITAR, an individual, | Case No. 2:24-CV-01802-JCC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| ALLSTATE INDEMNITY COMPANY, a foreign insurer, | |
| Defendant. | |

TO:            CLERK OF COURT;

AND TO:      Plaintiffs and his Counsel of Record, Josef T. Reibel of
              CASCADE LAW PLLC

PLEASE TAKE NOTICE that Sarah Macklin of Fox Rothschild LLP, hereby

withdraws as counsel of record on behalf of Defendant Allstate Indemnity Company.

Bryan J. Case and Roberto White of Fox Rothschild, LLP will remain as counsel of

record for Defendant Allstate Indemnity Company.

NOTICE OF WITHDRAWAL OF COUNSEL (2:24-CV-01802-JCC) - 1

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600

DATED this 28th day of March, 2025.

WITHDRAWING COUNSEL:

s/ Sarah Macklin
Sarah D. Macklin, WSBA #49624

REMAINING COUNSEL:

FOX ROTHSCHILD LLP

s/ Bryan J. Case
Bryan J. Case, WSBA #41781
Roberto White, WSBA #44984
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone:  206.624.3600
Facsimile:  206.389.1708
Email: bcase@foxrothschild.com
        robertowhite@foxrothschild.com

Attorneys for Defendant

NOTICE OF WITHDRAWAL OF COUNSEL (2:24-CV-01802-JCC) - 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington.  I am a U.S. citizen over the age of eighteen years and not a party to the within cause.  On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| <u>Service List</u> | |
|---|---|
| Josef T. Reibel, WSBA #47311<br>CASCADE LAW PLLC<br>2707 Colby Avenue, Suite 1420<br>Everett, WA 98201<br>Ph. 425-998-8999<br>Email: info@cascade.law<br><br>*Attorneys for Plaintiff* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via E-filing system / Email<br>☐ Via over-night delivery |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 28th day of March, 2025, in Seattle, Washington.

*s/ Courtney R. Brooks*
Courtney R. Brooks

NOTICE OF WITHDRAWAL OF COUNSEL (2:24-CV-01802-JCC) - 3

**FOX ROTHSCHILD LLP**
1001 FOURTH AVENUE, SUITE 4400
SEATTLE, WA 98154
206.624.3600