THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRITTANY BITAR,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE INDEMNITY COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C24-1802-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for an extenson of time (Dkt. No. 24) to respond to Defendant's motion to dismiss (Dkt No. 20). In support, Plaintiff cites both her notice of unavailability (Dkt No. 19) and the impacts of current flooding in the region. (*See* Dkt. No. 24.) While notices of unavailability do not alter court dates or civil rules, *see* LCR 83.2(c), given Plaintiff's representations as to the personal impact of the flooding, the Court finds good cause to extended the briefing schedule on Defendant's motion (Dkt. No. 20). Thus, the deadline for Plaintiff to respond to Defendant's motion (Dkt. No. 20) is EXTENDED to January 16, 2026. Defendant's reply is extended to January 30, 2026. Defendant's motion (Dkt. No. 20) shall be RENOTED to January 30, 2026.

//

DATED this 15th day of December 2025.

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Kathleen Albert</u>
Deputy Clerk
